

Ryan C. Posey, Esq.
+1-202-643-2525
rposey@poseylebowitz.com
http://www.poseylebowitz.com
Fax – +1-202-810-9009

3221 M Street NW
Washington DC 20007

November 23, 2015

**VIA FEDEX**

Clerk, U.S. District Court for the
Eastern District of Virginia, Norfolk Division
Walter E. Hoffman United States Courthouse
600 Granby Street
Norfolk, VA 23510

> **RE:**   New Case Filing
> *Lumenico Ltd. v. CompassCo, Inc.* et al.

To whom it may concern:

Please find enclosed for filing the following items:

- A civil cover sheet signed by counsel;
- The filing fee of $400.00;
- An original complaint and a copy for each defendant;
- A prepared summons (original and two copies) for each defendant; and
- A financial disclosure statement.

Please return the completed summonses with the complaint for each defendant in the enclosed self-addressed envelope. We will seek service by private process server or other permissible means.

Sincerely,

Ryan C. Posey