UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**LUMENICO LTD.**

        **Plaintiff,**

v.                                          Civil Action No.  2:15cv511

**COMPASSCO, INC. and
MARTIN LEENDERS,**

        **Defendants.**

## AGREED MOTION FOR EXTENSION OF TIME
## TO FILE RESPONSIVE PLEADINGS

Compassco, Inc. ("Compassco") and Martin Leenders ("Leenders"), by counsel, moves this Court for an extension of time from January 25, 2016 to and including February 8, 2016 to file responsive pleadings to Plaintiff's Complaint.  Counsel for both parties believe that a settlement agreement can be completed by February 8, 2016.  Plaintiff's counsel, as evidenced by an Agreed Order attached as <u>Exhibit A</u> to this Motion, has agreed to the extension of time to file responsive pleadings.

For the reasons stated above, Compassco and Leenders move this Court to enter the Agreed Order, attached as <u>Exhibit A</u>, which extends the deadline for filing responsive pleadings to the Complaint from January 25, 2016 to and including February 8, 2016.

                                            **COMPASSCO, INC. AND MARTIN
LEENDERS**

                        By:         /s/Craig L. Mytelka
                                            Craig L Mytelka (VSB # 31652)
                                            cmytelka@williamsmullen.com
                                            Williams Mullen
                                            A Professional Corporation
                                            222 Central Park Avenue, Suite 1700
                                            Virginia Beach, Virginia  23462
                                            757.499.8800 (telephone)
                                            757.473.0395 (facsimile)

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of January 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Ryan C. Posey, Esq. (VSB# 85109)
Posey Lebowitz PLLC
3221 M. Street MW
Washington, DC  20007
rposey@poseylebowitz.com

Glen M. Diehl, Esq.
DIEHL LAW LLC
20 Shawnee Drive, Suite B
Watchung, NJ 08833
gdiehl@diehltrials.com

and by e-mail to:

Brian L. Belles, Esq.
The Belles Group, P.C.
1608 Walnut Street, Suite 1302
Philadelphia PA 19103
brian.belles@thebellesgroup.com

      /s/Craig L. Mytelka
Craig L Mytelka (VSB # 31652)
cmytelka@williamsmullen.com
Williams Mullen
A Professional Corporation
222 Central Park Avenue, Suite 1700
Virginia Beach, Virginia  23462
757.499.8800 (telephone)
757.473.0395 (facsimile)

30034526_1.DOC